UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**

April 2, 2015

**Judge Chesler**
**COURT REPORTER:** KASHMER

Docket No: 15-158

**TITLE OF CASE**
USA

v.

BRETT HALPER

**APPEARANCE:**
Joe Minish, AUSA
Marc Agnifilo, Esq, Retained

**NATURE OF PROCEEDINGS:**
**PLEA TO INFORMATION**
Defendant Sworn
Waiver of indictment fld.
Information fld.
PLEA: Guilty to information
Terms of the plea agreement read into the record.
Ordered plea agreement approved
Ordered plea accepted
Plea Agreement fld
Rule 11 Form, fld.
Ordered sentencing date set for 6/30/15 at 12:00 noon
Ordered defendant release on $250,000.00 unsecured appearance bond and released into the third party custody of Diana Halper; report to PTS; Travel restricted to US; surrender passport, etc.,; refrain from possessing a firearm and turnover any firearms; and participate in mental health program

12:20 p.m. to 1:15 p.m. 55 MINUTES

<u>Theresa C. Trivino, Senior Courtroom Deputy</u>