UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**NEWARK**                                                             11/18/15
Judge Chesler
**COURT REPORTER:**   KASHMER            Docket No:**15-158**
**TITLE OF CASE**

UNITED STATES OF AMERICA

v.

BRETT HALPER

**APPEARANCE:**

Joseph N. Minish and J. Elberg, AUSA

Marc Agnifilo, Esq. Retained

**NATURE OF PROCEEDINGS:**

NON CONTESTED SENTENCE 2.0

SENTENCE: 46 months on count one of the information

SUPERVISED RELEASE: 2 years on count one of the information

Based on the information presented, defendant is excused from the mandatory drug testing, etc.,

SPECIAL CONDITION: Mental Health Treatment, New Debt Restriction, Self-Employment/Business Disclosure

FINE: $100,000.00 IN FULL by 90 DAYS after date of sentencing, etc.,

VOLUNTARILY SURRENDER to the BOP as designated.  Designated nearest to Family-Otisville Camp facility.

SPECIAL ASSESSMENT: $100.00

Right to appeal

10:00-12:00                                                  **Theresa C. Trivino, Senior Courtroom Deputy**